No. 02–10202. LAKE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10212. FURTICK v. SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE AND PARDON SERVICES. Sup. Ct. S. C. Certiorari denied.

No. 02–10228. MAUPIN v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 02–10241. HOSEA v. HAMMONDS. C. A. 11th Cir. Certiorari denied.

No. 02–10244. GRUENWALD v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 02–10253. FARGO v. PHILLIPS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–10266. BYNUM v. SPARKMAN, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 02–10281. BYRD v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 02–10283. BATES v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10289. STEVENSON v. ST. LUKE'S HOSPITAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10292. ROBERTSON v. LOUISIANA STATE UNIVERSITY MEDICAL CENTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–10321. SHANNON v. CROUSE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–10332. WEASE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.